UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 4569

RECEIVED JUL - 1 2013 PRO SE OFFICE

------------------------------------------------x

JAMES E. McMILLAN,

                Plaintiff,

                              **COMPLAINT**
                              **PLAINTIFF DEMANDS TRAIL BY JURY**

   - against -

LISCO HOLDINGS LLC,

                Defendant.

------------------------------------------------x

1. At all times hereinafter mentioned, plaintiff was and still is a resident of ~~170~~ 107 St Marks Pl. – New York, New York 10009 (Apartment -1F)

2. Defendant, LISCO HOLDINGS LLC. is a corporation incorporated under the laws of New York State and have a main office at 347 5th Ave – New York, NY ~~1602~~ 10016, and is licensed to do business in New York.

3. The jurisdiction of this court is invoked pursuant to; (**42 U.S.C.**) (1.) Americans with Disabilities Act (ADA). (2.) Discrimination and Harassment.

4. (Give a clear and concise statement of facts upon which you are basing your complaint)

(**Exhibit - 1**) I, James E. McMillan is Permanently and Totally Disable as can be seen on (**Exhibit - 1**) I am a (100% disable percent Vietnam Veteran. I've lived at 107 St Marks Pl, (c1977). In 2006 the new landlord Lisco Holdings LLC., Locked me out of the building denying me access by not giving me a key to the main entrance of the building. So I call the police NYPD I needed Medication and couldn't get in to get it.

**In (2008)** Lisco Holdings LLC., took me to court (**Index No. 095967/08 – L&T**) in an unsuccessful attempt for Non-Payment of Rent.

**In 2011)** Lisco Holdings LLC., brought me back into Court for Non-Primary Residence saying I do not live at 107 St Marks Pl. in NYC. My VA medication has been coming here since (1977)

(**Exhibit - 2**) **Lisco Holdings LLC.,** Refused to renew my lease on May 1, 2011, and Return my Rent as be seen on (**Exhibit - 2**)

**EXHIBIT -3**) on June 20, 2011 a Stipulated agreement Signed by a Judge was reach where Lisco Holdings LLC., agreed not to returned the rent any more rent. But as can be seen on **EXHIBIT -3**) they still continued to do so July and August of 2011 throughout. Showing they had no intension of complying with they Court Order,

Lisco Holdings LLC., want me to move off because I am disable and paying low rent. I never stopped paying RENT as ORDER I still continue to pay $872.96 per month even after the Landlord Lisco Holdings LLC., violated the Court Order..

Lisco Holdings LLC., refusing to accept the rent for more than approximately 18 months. Want all LOW RENT PAYING Seniors and Disable people off of his property. Lisco Holdings LLC., Offered me $107,000.00 - One Hundredth and Seventeen Thousand Dollars to get out and Move and this is what I'm asking for in MONEY damages. My son James lived with me and was deployed in the US Army on February 27, 2012. All Lisco Holdings LLC has done was drove my family and now they are trying to drive me out of my apartment all because of the ($872.96) I pay in Rent. The landlord wants me and my family off of his property and is doing every thing and trying every trick in the book to make that happen.

4. WHEREFIRE, plaintiff demands:
- Money damages in the amount of $107,000.00 - One Hundredth and Seventeen Thousand Dollars.
- Defendant(s), Pay Legal Fees

Permanent injunction against the defendant from performing certain acts in the future.

Any further relief which the court may deem appropriate.

**MEDICAL EMERGENCY:** The Headaches, Chess Pains, the Dizziness my Vision has been bothering me night and day since the Landlord Lisco Holdings LLC., began legal actions against me to run me out of my apartment at 107 St Marks Pl. NYC 10009 (apt – 1F).

James E. McMillan  Pro Se
107 St Marks Pl. (apt – 1-F)
New York, NY 10009
T: (347) 62309248

DATED: July __1__, 2013

**Department of Veterans Affairs**

245 W HOUSTON ST
NEW YORK NY 10014

EX-1

January 21, 2013

Veteran's Name:
Mcmillan, James, E

JAMES E MCMILLAN
107 ST MARKS PL
APT 1F
NEW YORK NY 10009

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

--America is Grateful to You for Your Service--

Our records contain the following information:

**Personal Claim Information:**
Your VA claim number is: [redacted]
You are the Veteran

**Military Information:**
Your character(s) of discharge and service date(s) include:
    Army, Honorable, 12-Apr-1966 - 13-Jul-1968
(You may have additional periods of service not listed above)

**VA Benefits Information:**
Service-connected disability: Yes
Your combined service-connected evaluation is: 100 PERCENT
The effective date of the last change to your current award was: 01-DEC-2012
Your current monthly award amount is: $2,816.00
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

**Need Additional Information or Verification?**
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

L. K. CLAY
VETERANS SERVICE CENTER MANAGER






# JAGUAR HOLDINGS
Murray Hill Station
PO Box 1902
New York, NY 1015
Phone: 212-686-5588/Fax: 212-684-3484

Ex-2

August 11, 2011

VIA REGULAR MAIL

James Mc Millan
107 St marks Place apt 1F
NY, NY 10009

Re: Check

Whom this may concern:

    Enclosed is check number 426, in the amount of $872.96 We cannot accept this check at this time. Thank you!

Gatsby Enterprises,

LLC Legal Department



# JAGUAR HOLDINGS
Murray Hill Station
PO Box 1902
New York, NY 1015
Phone: 212-686-5588/Fax: 212-684-3484

July 14, 2011

James Mc Millar
107 St Marks Place Apt # 1F
New York, NY, 10009

Re: Check

Whom this may concern:

    Enclosed is check number 425, in the amount of $872.69 We cannot accept this check at this time. Thank you!

Gatsby Enterprises,

LLC Legal Department



## JAGUAR HOLDINGS, LLC
### 347 Fifth Avenue, Suite 300
### New York, NY 1602

May 9, 2011

Mr. James Mcmillan
107 St Marks Place Apt 1F
New York, N.Y. 10009

Re: Rent Check

Dear Mr. Mcmillan;

I am returning check # 616 in the amount of $1,745.92 Please be advised that we cannot accept this check.

Eli Berkovsky
Legal Department Manager
Sherrington holdings, LLC



E+-3

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART

Index No: 067444/2011

---------------------------------------------------------------X

LISCO HOLDINGS, LLC,

                Petitioner-Landlord,

-against-

**STIPULATION**

JAMES EARL MCMILLAN, III a/k/a JIMMY
MCMILLAN and JANICE MCMILLAN
107 St. Marks Place, Apt. 1-F
New York, New York 10009,

                Respondent-Tenant,

JAMES E. MCMILLAN, "JOHN DOE" AND/OR
"JANE DOE,"

                Respondent-Undertenants.

---------------------------------------------------------------X

        **THIS PROCEEDING IS HEREBY MARKED OFF THE CALENDAR**
pending a completion of discovery.

        1.    Respondents, James Earl McMillan, III and James E. McMillan consent to discovery in the form of depositions and the production of documents. (See attached)

        2.    It is agreed that the documents shall be produced within thirty (30) days of the date of the stipulation, and that the Respondents will agree to be deposed within thirty days after the documents have been produced. This proceeding may be restored to the calendar by stipulation or by court order.

        3.    The Respondents agree to pay any use and occupancy arrears and to continue to pay use and occupancy and pendente lite.

WHEREFORE, the parties have hereunto set their hands this _____ day of June, 2011.

_____

Stephen C. Shulman
Attorneys for Petitioner
Borah, Goldstein, Altschuler,
 Nahins & Goidel, P.C.
377 Broadway
New York, New York 10013
(212)431-1300

Weiss, Imbesi PLLC
Attorneys for Respondent
450 Seventh Avenue
30th Floor
New York, New York 10123
(212) 736-5599

_____
J.C.C.

Z:\stephen_shulman\STIPU\sco v James Earle McMillan, III.doc

**WHEREFORE**, the parties have hereunto set their hands this 20th day of June, 2011.

_____
Stephen C. Shulman
Attorneys for Petitioner
Borah, Goldstein, Altschuler,
Nahins & Goidel, P.C.
377 Broadway
New York, New York 10013
(212) 431-1300

_____
Weiss, Imbesi PLLC
Attorneys for Respondent
450 Seventh Avenue
30th Floor
New York, New York 10123
(212) 736-5599

Additional signature on or page

_____
J.C.C. HON. MICHELLE D. SCHREIBER